# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00227-CR

**Bryan Leslie Hurt, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 53318, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Bryan Leslie Hurt seeks to appeal from a judgment of conviction for deadly conduct. The trial court has certified that Hurt waived his right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed: May 16, 2005

Do Not Publish